**NEWPORT LAW, PC**
**Laleh Ensafi, Esq. (SBN 268917)**
3991 MacArthur Blvd #400,
Newport Beach, CA 92660
Tel. 888.503.2123; Fax 888.503.3123
Email: ensafilaw@gmail.com

Attorney for Plaintiff Mark DeJong

*GRANTED*
*Judge Yvonne Gonzalez Rogers*
*1/19/2018*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK DEJONG<br><br>Plaintiff,<br><br>v.<br><br>NATIONSTAR MORTGAGE LLC; U.S. BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE HOLDERS OF CITIGROUP MORTGE LOAN TRUST, INC., MORTGAGE-PASS THROUGH CERTIFICATES, SERIES 2007-10; BARRETT DAFFIN FRAPPIER TREDER & WEIS, LLP; AND DOES 1-25, Inclusive<br><br>Defendants. | Case No. 4:17-cv-03653-YGR<br><br>**NOTICE OF DISMISSAL PURSUANT TO SETTLEMENT**<br><br>*Honorable Yvonne Gonzalez Rogers* |

**TO THE HONORABLE COURT, ALL PARTIES HEREIN AND THEIR ATTORNEYS OF RECORD:**

Plaintiff Mark Dejong does voluntarily dismiss this lawsuit pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i). Such dismissal shall be without prejudice, with each side to bear it's own costs and fees.

|     |                                          |
| --- | ---------------------------------------- |
| 1   |                                          |
| 2   |                                          |
| 3   |                                          |
| 4   |                                          |
| 5   |                                          |
| 6   |                                          |
| 7   |                                          |
| 8   |                         Respectfully submitted by: |
| 9   |                                          |
| 10  |                         _/s/ Laleh Ensafi_ |
| 11  |                         Laleh Ensafi     |
| 12  |                         Attorney for Mark DeJong |